UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OMAR FRANKLIN BARNES,

        Plaintiff,

v.                                     Case No. 3:07-cv-725-J-12MCR

STEVEN SINGER, et al.,

        Defendants.

_____

## ORDER

Plaintiff's Emergency Motion for a Preliminary Injunction, and Emergency Order to Cause Replevin in Cepit for the Repossession of Discovery Material Both Wrongfully Taken and Illegally Detained (Doc. #41) is **DENIED as moot**. See Defendants' Response and Objection to Plaintiff's Motion for Preliminary Injunction (Doc. #53) (noting that Plaintiff's copy of the Florida Department of Corrections Interstate Agreement on Detainers Technical Manual was confiscated since the unredacted version contained sensitive information relating to the Department's database system and stating that a copy of the manual (redacting the sensitive information and labeling the manual "restricted") has been returned to Defendants' counsel for delivery to Plaintiff Barnes on September 25, 2008).

**DONE AND ORDERED** at Jacksonville, Florida, this 1ST day of October, 2008.

                                                          Howell W. Melton
                                                    UNITED STATES DISTRICT JUDGE

sc 9/26
c:
Omar Franklin Barnes
Ass't Attorney General (Toothman)